IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

VONCILLE HOLDEN,                :

    Plaintiff,              :
vs.                                                     CA 05-0528-C
                                    :
JO ANNE B. BARNHART,
Commissioner of Social Security,  :

    Defendant.

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff be awarded attorney's fees in the amount of $662.50 under the Equal Access to Justice Act, representing compensation for 5.3 hours of service by Colin E. Kemmerly, Esquire, at the market rate of $125.00 an hour.

**DONE** this the 15th day of August, 2006.

                s/WILLIAM E. CASSADY
                **UNITED STATES MAGISTRATE JUDGE**